UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 13-01885-DSF (KK) | Date | April 24, 2015 |
|---|---|---|---|
| Title | ARTHUR BOYCE v. UNITED STATES | | |

| Present: The Honorable | Kenly Kiya Kato, United States Magistrate Judge | |
|---|---|---|
| Deb Taylor | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:** **(In Chambers) Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute and Comply With Court Orders**

# I.
# PROCEDURAL HISTORY

On January 15, 2014, Plaintiff Arthur Boyce, proceeding *pro se* and *in forma pauperis*, filed a First Amended Complaint ("FAC") against defendants United States of America, Tereser Banks, and Villaion Salvador. ECF Docket No. ("dkt.") 7. The Complaint alleges clams arising under (1) the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2671 et seq.; and (2) *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S. Ct. 1999, 29 L. Ed. 2d 619 (1971). Id.

On April 2, 2014, the Court issued an Order directing service of process by the United States Marshal. Dkt. 10.

On September 11, 2014, defendants United States of America and Salvador Villaion filed an answer to the FAC.[1] Dkt. 22.

On September 12, 2014, the Court issued a Case Management and Scheduling Order which required, among other things, the parties to file and serve a status report no later than February 9, 2015. Dkt. 23.

---

[1] Defendant Banks has apparently never been served. Hence, on April 10, 2015, the Court issued an Order to Show Cause as to why defendant Banks should not be dismissed from this action without prejudice. Dkt. 30. Plaintiff's response is due by April 24, 2015.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 13-01885-DSF (KK) | Date | April 24, 2015 |
|---|---|---|---|
| Title | ARTHUR BOYCE v. UNITED STATES | | |

On February 6, 2015, the two served defendants filed their required status report. Dkt. 24. As of this date, Plaintiff has failed to file his required status report.

## II.
## DISCUSSION

Under Federal Rule of Civil Procedure 41(b), the Court may dismiss an action with prejudice for lack of prosecution or for failure to comply with any court order. *See* Fed. R. Civ. P. 41(b).

Here, Plaintiff has failed to file a status report, thus, failing to comply with the Court's September 12, 2014 Order. Consequently, under Rule 41(b), the Court may properly dismiss the instant action with prejudice for failure to prosecute and comply with a court order. However, before dismissing this action, the Court will afford Plaintiff an opportunity to explain his failure to file a status report as directed by this Court Order.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with court orders. Plaintiff shall have up to and including **May 1, 2015** to respond to this Order. Plaintiff is cautioned that his failure to timely file a response to this Order will be deemed by the Court as consent to the dismissal of this action with prejudice.